IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHAZ PINKSTON  #148934                                                                               PLAINTIFF

VS.                                                            CIVIL ACTION NO.5:22-cv-16-KS-MTP

SHUNLEKEE PENDLETON, ET AL                                                       DEFENDANTS

ORDER

THIS CAUSE IS BEFORE THE COURT on "Motion for Leave to File for a Motion of Reconsideration" [25] and "Motion for Reconsideration to District Judges Order" [26] filed by Plaintiff. The Court has reviewed the request and interprets this as a Motion for Additional Time to file a Motion to Reconsider. The Court finds that the request is reasonable and grants to the Movant thirty (30) additional days from the date of this Order to file the Motion for Reconsideration. The Motion for Reconsideration will be due on or before February 24, 2023.

SO ORDERED this the ___25th___ day of January, 2023.


        ____s/Keith Starrett_____
        UNITED STATES DISTRICT JUDGE